IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. LONGO JR., | : | Civil No. 3:22-cv-1199 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| HANNAH TROSTLE, RNS, MR. ARQUELLES, PA, DR. VOORSTAD, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 6th day of June, 2023, upon consideration of the motion (Doc. 18) to dismiss by Defendant Trostle, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 18) is **GRANTED** with respect to the Eighth Amendment claims against Defendant Trostle. The Eighth Amendment claims against Defendant Trostle are **DISMISSED**.

2. The motion (Doc. 18) to dismiss the medical malpractice claim as to Defendant Troslte is **GRANTED** with leave to amend. On or before June 27, 2023, Plaintiff may file an amended complaint with respect to any medical malpractice claim.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge